# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :      No. 707 MAL 2016
                                   :
                    Respondent     :
                                   :      Petition for Allowance of Appeal from
                                   :      the Order of the Superior Court
                    v.             :
                                   :
                                   :
JOHN CARO,                         :
                                   :
                    Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.